

# Ronai & Ronai, LLP

Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

March 9, 2026

**VIA ECF**
Honorable Lewis A. Kaplan, USDJ
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    Narai v. Target Construction LLC, et al.
             Case No.: 26-cv-01119-LAK

Your Honor:

We represent Plaintiff Zoltan Narai in the above-referenced action. We respectfully request a brief adjournment of the initial conference currently scheduled for March 12, 2026, at 11:30 a.m., due to a scheduling conflict. As the Court may be aware, neither of the two defendants have yet to appear in this action.

On the same date of our conference, the undersigned is scheduled to appear for a Federal Court-Ordered deposition in another matter commencing at 10:00 a.m.

To avoid conflicting obligations and to ensure counsel's full availability for the initial conference, we respectfully request that the conference be adjourned to a date and time convenient for the Court. The short adjournment will also afford defendants additional time to appear in the action. We recently contacted the insurance carrier for defendant Target Construction LLC, who advised that they are actively investigating the matter and may soon retain counsel.

This is the first request for an adjournment of this conference.

Thank you for your consideration.

*Granted*
*Adjourned to 3/26/26*
*at 11:30 am*
SO ORDERED

*[signature]*
LEWIS A. KAPLAN USDJ

Respectfully submitted,

*[signature]*
Paul Cordella