
**GOLDBERG SEGALLA**

Ian B. Forman | Partner
Direct 516.267.5915 | iforman@goldbergsegalla.com

April 30, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-1-26

**Via ECF**

Honorable Lewis A. Kaplan, USDJ
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Narai v. Target Construction LLC, et al.**
**Case No.: 26-cv-01119-LAK**
**Defendant 1527 Morris Realty, LP's Letter Motion to Vacate Certificate of Default**

Dear Judge Kaplan:

Our office represents defendant 1527 Morris Realty, LP ("1527 Morris"). Pursuant to Federal Rules of Civil Procedure 6(b) and 55(c), Defendant 1527 Morris respectfully submits this letter motion requesting that the Court vacate the Certificate of Default entered against 1527 Morris on April 20, 2026, **ECF No. 19**.

This application is made with the consent of all appearing parties to the action.

The Certificate of Default was entered due to an inadvertent delay in defendant's response to the Complaint. The default was not willful and resulted from an administrative delay in the assignment of the matter to our office by our client's insurance carrier. Upon learning of the default, defendant acted promptly to address the issue and to seek consent of all parties to vacatur.

Vacating the Certificate of Default is appropriate and consistent with the Court's strong preference for resolving cases on the merits. No party will be prejudiced by vacatur, particularly where discovery has not been delayed and all parties consent to the requested relief. Our office will litigate this matter in good faith and in accordance with the Court's orders.

If the Court grants this application, Defendant 1527 Morris respectfully represents that:

- 1527 Morris will file and serve its Verified Answer within seven (7) days of the Court's Order vacating the Certificate of Default; and

- Defendant will fully comply with and adhere to the discovery deadlines set forth in the Court's Scheduling Order dated April 8, 2026, and does not intend to seek a modification of those deadlines based on the prior default.

For the foregoing reasons, and with the consent of all parties, Defendant respectfully requests that the Court vacate the Certificate of Default entered against 1527 Morris Realty, LP.

Defendant 1527 Morris Realty, LP's Letter Motion to Vacate Certificate of Default
April 30, 2026
Page 2

We thank the Court for its consideration.

Respectfully submitted,

Ian B. Forman

IBF/nmr

cc:     All counsel of record (via ECF)

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

5/1/26

IMANAGE\803\0031\51313780.v1-4/30/26